**118** BELL ET AL. vs. CIRCUIT JUDGE (Mecosta), 26 M., 413.

To compel respondent to set aside an order granting an alias writ of replevin, where it appeared that upon the original writ the goods described therein were seized and turned over to plaintiff but the writ had not been served on the defendants on or before the return day thereof.

Denied January 14, 1873.

**119** WITT vs. CIRCUIT JUDGE (Macomb), No. 12691.

To quash writ of replevin.

Mandate issued directing court to set aside service without prejudice to plaintiff's right to move for an alias, April 20, 1892, without costs.

The officer failed to serve a certified copy of the writ upon defendant in replevin, although the return showed such service, and the circuit judge held the return to be conclusive.

**120** LANAHAN ET AL. vs. CIRCUIT JUDGE (Kent), No. 15128, 106 M., 685.

To dismiss replevin proceedings against non-residents, commenced January 21, 1893, where an alias and several pluries writs had been allowed, the last of which, issued February 18, 1894, had not been returned.

Granted October 22, 1895, with costs.